JUDGE PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 25 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

KYRONE DOUGHTY,

        Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr.

**08 CRIM 375**

COUNT ONE

The Grand Jury charges:

On or about April 3, 2008, in the Southern District of New York, KYRONE DOUGHTY, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction for Criminal Possession of a Controlled Substance in the Third Degree, in violation of New York Penal Law 220.16, a Class B Felony, in New York Supreme Court, New York County, on or about February 6, 2006, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .38 caliber Taurus firearm, and ammunition, to wit, five .38 special Federal bullets, both of which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

KYRONE DOUGHTY,

                Defendant.

### INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

4/25/08 Fld. Indictment. Case assigned to Judge Patterson for all purposes.

Eaton, Jr. U.S.M.J.

HL.