```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA         :     ORDER

        -v-                      :     08 CR. 375 (RPP)

KYRONE DOUGHTY,                  :

                Defendant.       :
- - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

It is hereby ORDERED that the motion schedule be changed and the hearing date in this case be adjourned. Accordingly, defendant's motions will be due on June 12, 2008, the Government's response will be due by June 30, 2008, and the hearing will be held on July 2, 2008 at 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to engage in motion practice. Accordingly, it is further ORDERED that the time between June 26, 2008, the original hearing date, and July 2, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
       June 10, 2008

_____
ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE

TOTAL P.04