# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

June 12, 2008


RECEIVED
JUN 1 3 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**BY FAX**
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Kyrone Doughty**
    08 Cr. 375 (RPP)

Dear Judge Patterson:

I write on behalf of my client, Kyrone Doughty, to ask the Court to disregard the papers entitled Motion of Non-Consenting, as well as any attachments thereto, that were received by the Court on June 2, 2008. On behalf of Mr. Doughty, today I filed a motion to suppress the physical evidence and his statements in the above-referenced case. Mr. Doughty wishes to pursue this suppression motion and withdraw any Motion of Non-Consenting.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

*Peggy M. C*
Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc: AUSA Glen Kopp (via facsimile)
    Mr. Kyrone Doughty (via regular mail)

*application granted So ordered Robert P Patterson USDJ 6/13/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

TOTAL P.002