UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |
| KYRONE DOUGHTY, | : |
| Defendant. | : 08 CR 375 (RPP) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
 Southern District of New York

by: /s/ Amanda Kramer
 Amanda Kramer
 Assistant United States Attorney
 (212) 637-2478

Cc: Peggy Cross, Esq.
 Federal Defenders of New York
 Attorney for Defendant