UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA            :        **08 CR. 375 (RPP)**

    - v -                                                :

**KYRONE DOUGHTY**                           :

                   Defendant.               :

------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed declarations of **Peggy M. Cross, Esq.**, and **Kyrone Doughty**, the undersigned will move this Court, before the **HONORABLE ROBERT P. PATTERSON**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order suppressing statements and physical evidence obtained on or about April 3 and 4, 2008, as well as any fruits of the unlawful search and seizure, or in the alternative, granting a hearing on this matter, pursuant to Rules 12 and 41 of

the Federal Rules of Criminal Procedure, and granting such other and further relief as the Court deems just and proper.

Dated:    New York, New York
          June 12, 2008

                                        Respectfully submitted,
                                        LEONARD F. JOY, ESQ.
                                        Federal Defenders of New York
                              By:       _____
                                        **PEGGY M. CROSS, ESQ.**
                                        Attorney for Defendant
                                        **KYRONE DOUGHTY**
                                        52 Duane Street - 10th Floor
                                        New York, New York 10007

TO:    **MICHAEL J. GARCIA, ESQ.**
       United States Attorney
       Southern District of New York
       One St. Andrew's Plaza
       New York, New York 10007
       Attn:    **Glen Kopp, ESQ.**
                Assistant United States Attorney