



**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 19, 2008

**BY FACSIMILE**

The Honorable Robert P. Patterson, U.S.D.J.
United States District Court
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States v. Kyrone Doughty</u>,
08 Cr. 375

Dear Judge Patterson:

    A suppression hearing in this matter currently is scheduled for July 2, 2008. The Government respectfully requests an adjournment of the hearing date because one of the Government's two key witnesses, a police officer, will be unavailable on July 2. Defense counsel Peggy Cross and I spoke with Your Honor's Courtroom Deputy, Mr. Monteagudo, who informed us that the Court is available for the hearing at 10:00 a.m. on Friday, July 18. Therefore, with defense counsel's consent, the Government requests that the Court reschedule the hearing for July 18, 2008 at 10:00 a.m.

    In addition, the Government respectfully requests that the Court exclude the time between July 2, 2008 and July 18, 2008 from calculation pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A) in the interest of justice. This exclusion will allow the parties to prepare for the suppression hearing and discuss a possible disposition of this matter. Ms. Cross consents to this request for exclusion of time.

                                    Respectfully submitted,

                                      MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

                              By: _____
                                    Amanda Kramer
                                    Assistant United States Attorney
                                    (212) 637-2748

Cc: Peggy Cross, Esq.

*[Handwritten endorsement:]* Application granted. Time is included under the Speedy Trial Act. So ordered. Robert P. Patterson USDJ 6/19/08

TOTAL P.02