

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

AUG 11 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

August 10, 2008

BY FACSIMILE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

The Honorable Robert P. Patterson, U.S.D.J.
United States District Court
500 Pearl Street, Room 2550
New York, New York 10007

Re: United States v. Kyrone Doughty,
08 Cr. 375

Dear Judge Patterson:

At the suppression hearing in this matter, the Court set an August 11, 2008 deadline for simultaneous post-hearing briefing. The Government respectfully requests a one-week adjournment of the deadline until Monday, August 18, 2008. This is the first request for an extension of the briefing deadline. Defense counsel Peggy Cross consents to this request.

In addition, the Government respectfully requests that the Court exclude the time between August 11, 2008 and August 18, 2008 from calculation pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A) in the interest of justice. This exclusion will allow the parties to finalize their post-hearing briefs and discuss a possible disposition of this matter. Ms. Cross consents to this request for exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Amanda Kramer
Assistant United States Attorney
(212) 637-2748

Cc: Peggy Cross, Esq.

*Application granted. Time excluded from speedy trial computation in the interest of justice. So ordered.*
*Robert P. Patterson, Jr., U.S.D.J., 8/11/08*

MEMO ENDORSEMENT READS:
  *Application granted. Time excluded from speedy trial computation in the interest of justice.*
  *So ordered.*
  *Robert P. Patterson, Jr., U.S.D.J., 8/11/08*

TOTAL P.02